# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

129333

MICHAEL J. FREEDMAN, M.D.,
      Appellant,

v

BUREAU OF HEALTH SERVICES,
      Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129333
COA: 261640
Ingham CC: 04-001601-AA

      On order of the Court, the application for leave to appeal the July 26, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

Clerk